UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:01CR3123 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTONIO RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion to Seal the to-be-filed Deviation Motion and Brief (Filing No. 229).

IT IS ORDERED:

1. The Defendant's Motion to Seal (Filing No. 229) is granted; and

2. The Defendant's Motion and Brief regarding deviation from the sentencing guidelines shall be filed under seal.

DATED this 12th day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge