IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:01CR3123** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ANTONIO RODRIGUEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's unopposed motion to continue the deadline for submitting the government's brief (Filing No. 236). The Defendant asks to continue the deadline to February 17, 2006.

IT IS ORDERED:

1.  The Plaintiff's motion to continue the deadline for submitting the government's brief (Filing No. 236) is granted; and

2.  The government's brief shall be filed on or before February 17, 2006.

DATED this 6th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge