## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:01CR3123 |
| **Plaintiff,** | ) | |
| vs. | ) | ORDER |
| **ANTONIO RODRIGUEZ,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion filed by Jeremy P. Murphy to withdraw as attorney for the Defendant, Antonio Rodriguez (Filing No. 262).

On July 18, 2006, the Eighth Circuit Court of Appeals issued its mandate granting the appellant's motion to dismiss. (Filing No. 260.) Therefore, Mr. Murphy's representation of Mr. Rodriguez is completed.

IT IS ORDERED that the motion filed by Jeremy P. Murphy to withdraw as attorney for the Defendant, Antonio Rodriguez (Filing No. 262) is denied as moot.

DATED this 15th day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge