IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's sealed and unsealed exhibits in the cases listed below are to be returned to the United States Attorney for appropriate disposition.

| CASE NUMBER | CAPTION | HEARING/TRIAL DATE |
|---|---|---|
| 4:92CR3018 | USA v. Jose Luis Garcia | 11/9/92; 12/21-23/92 |
| 4:94CR3033 | USA v. James Rounsavall | 2/02-21/1996 |
| 4:95CR3031 | USA v. Pipes & Waldrip | 7/24/95 |
| 4:97CR3013 | USA v. Russell Peterson | 8/28/98 |
| 4:97CR3059 | USA v. Norman Ford | 7/13/99 |
| 4:98CR3076 | USA v. Jose J. Nunez | 10/7-15/99 |
| 4:98CR3093 | USA v. Christine M. Heliin | 1/13/00 |
| 4:99CR3041 | USA v. Ricardo Leyva-Castro | 11/23/99 |
| 4:99CR3110 | USA v. Timothy T. Helget | 3/10/05 |
| 4:00CR252 | USA v. Mario Sanchez | 10/22/01 |
| 4:01CR3037 | USA v. Donald R. Williams | 11/08/01 |
| 4:01CR3109 | USA v. Joshua Bachman | 10/29/01 |
| 4:01CR3122 | USA v. Kelly Evans | 12/17/02 & 3/24/03 |
| 4:01CR3123 | USA v. Antonio Rodriquez | 2/1/02 |
| 4:02CR3106 | USA v. Stuart Melvin Palm | 9/25/03 |
| 4:02CR3166 | USA v. Dagoberto Servero Cedano-Medina | 11/26/02 |
| 4:03CR3069 | USA v. David Arden Burling | 7/18/03 |
| 4:04CR3020 | USA v. Alfredo Garcia | 8/30-9/2/04 |
| 4:04CR3079 | USA v. Benny Amaro | 7/29/04 |
| 4:04CR3170 | USA v. Sigifredo Ramirez | 11/15/05 |
| 4:05CR3007 | USA v. Luis Morales | 8/26/05 |
| 4:06CR3074 | USA v. Jeremiah A. Jeffres | 1/4-1/10/07 |

DATED this 15th day of May, 2007.

BY THE COURT

s/ Richard G. Kopf
United States District Judge